

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00317-CV

Austin **HELMLE** and Harriet Marmon Helmle,
Appellants

v.

Thomas A. **LAURIN**, individually, Thomas A. Laurin Companies, Elegant Country Homes and
Elegant Country Homes, Inc.,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 09-315CCL
Honorable Bill R. Palmer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, we dismiss the appeal, set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

SIGNED July 1, 2015.

_____
Jason Pulliam, Justice